IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY TIDWELL**                                                                       **PLAINTIFF**

**4:18-CV-00469-BRW**

**DASSAULT FALCON JET**                                        **DEFENDANT**

## **JUDGMENT**

Based on the order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 5th day of August, 2019.

                                                                        Billy Roy Wilson<u>                </u>
                                                                        UNITED STATES DISTRICT JUDGE